# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Peter J. Mauro, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, Akron Resident Agency, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I have been employed by the FBI as a Special Agent since August of 2009 and I am currently assigned to the Cleveland division, Akron Resident Agency. I oversee the Cleveland Division Child Exploitation Task Force for the counties of Summit, Portage and Medina. I have been assigned to, and participated in, investigations in the area of general criminal matters, specializing in Crimes Against Children and crimes involving the internet. I have participated in all of the usual methods of investigation including, but not limited to, financial analysis, physical surveillance, service of subpoenas, cooperating witnesses, confidential human sources, telephone toll record analysis, interception of wire and cellular telephone communications, consensual monitoring, and the execution of search and arrest warrants. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting these types of investigations. I am an FBI certified Computer Analysis Response Team (CART) Technician, and an FBI Digital Extraction Technician (DExT). I am the Senior Team Leader of the Cleveland Division's Evidence Response Team (ERT) specializing in advanced evidence collection techniques including but not limited to trace evidence, DNA, digital evidence, bullet trajectory, post-blast,

etc. Prior to the FBI, I enlisted in the United States Air Force where I attained the rank of Staff Sergeant. I hold an associate's degree in criminal justice, a bachelor's degree in psychology, and a master's degree in criminal justice.

3. Over the course of my employment as an FBI Special Agent, I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses involving children. These crimes resulted in subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to Bryan Keefe Ferguson (hereafter referred to as "Ferguson") date of birth, July XX, 1959 (partially redacted) has transported and possessed child pornography, in violation of 18 U.S.C. § 2252(a)(1) and 18 U.S.C. § 2252A(a)(5)(B).

5. The statements in this affidavit are based on information provided by witnesses, other law enforcement officers, the service of administrative and grand jury subpoenas, physical surveillance, National Center for Missing and Exploited Children (NCMEC) CyberTip reports CT25025681, CT250234907, and CT250208594, the service and review of a federal search warrant on accounts used by Ferguson from Google, reviewing records related to this case, and my investigation into this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6. On or about August 21, 2026, I was notified by Akron Police Department Detective Scott Rubes #1085, that Ferguson was the subject of three NCMEC CyberTip reports from Google. All three reports were dated from in or about July 2026. The conduct all occurred between on or about July 10, 2026 and on or about July 15, 2026.

7. In the three reports, the subject user is observed uploading known and suspected files of child sexual abuse material (CSAM) from two identified google accounts: bobXXXX5u@gmail.com[1] (partially redacted) and bobXXXX4u@gmail.com (partially redacted) in or about July 2026. The user also provided cellular telephone number 330-720-XXXX (partially reacted) which was also verified on or about July 12, 2026, for each of the CyberTip reports. There are regular and continuous login IP addresses provided by Google from the accounts from in or about November 2025 through in or about July 2026. Below are documented items of relevance from each CyberTip reported by Google:

**CT25025681:**
**Name:** Bob Land
**Incident Date:** July 14, 2026 at 04:05:38UTC
**Mobile Phone:** 330-720-XXXX (partially redacted), verified on July 12, 2026 at 11:24:42UTC
**Email address:** bobXXXX5u@gmail.com (partially redacted) (verified)
**Email address:** bobXXXX4u@gmail.com (partially redacted)
**Number of files uploaded:** 2
**Number of apparent CSAM:** 2

**CT250234907:**
**Name:** Bob Land
**Incident Date:** July 14, 2026 at 01:14:15UTC
**Mobile Phone:** 330-720-XXXX (partially redacted), verified on July 12, 2026 at 11:24:42UTC
**Date of birth:** January 1, 1971
**Email address:** bobXXXX5u@gmail.com (partially redacted) (verified)
**Email address:** bobXXXX4u@gmail.com (partially redacted)
**Number of files uploaded:** 3
**Number of apparent CSAM:** 3

**CT250208594:**
**Name:** Bob Land
**Incident Date:** July 13, 2026 at 09:32:57UTC

[1] bobXXXX5u@gmail.com (partially redacted) is a verified account through Google which means the user performed some secondary verification protocol where they proved to Google that they have access and control of the account. For example, the user may be provided with a push notification containing a code that they must enter within a specified amount of time, or the user could receive a telephone call or text message.

**Mobile Phone:** 330-720-XXXX (partially redacted), verified on July 12, 2026 at 11:24:42UTC
**Date of birth:** January 1, 1971
**Email address:** bobXXXX5u@gmail.com (partially redacted) (verified)
**Email address:** bobXXXX4u@gmail.com (partially redacted)
**Number of files uploaded:** 56
**Number of apparent CSAM:** 56

8. Some of the files were locked by Google in the CyberTip meaning that they did not view them, resulting in me being unable to view them. Google provided 36 images that I was able to review:

9. A review of the CSAM of the CyberTips identified 36 files of CSAM. Of the 36 files of CSAM, all of them were unique and all were images. There were no videos.

10. A representative sample of the CyberTip CSAM is:

a. A color image titled, "Google-CT-RPT-250208594-fac7d666a350757d59442926fb673272-dsci0235.jpg" depicts an approximately four-year-old prepubescent boy naked on a bed. His penis and scrotum visible. An adult male's hand is seen manually stimulating the boy who is partially erect.

b. A color image titled, "Google-CT-RPT-250208594-de3e028e808f178c6cd0734d3193235c-68b5a3c331ccaa1bfadaa455(1).jpg" depicts an approximately five-year-old prepubescent boy laying naked on his back with his legs spread. The boy's anus, penis, and scrotum are visible. The boy is reaching around with his hands pulling apart his butt cheeks, exposing his anus.

c. A color image titled, "Google-CT-RPT-250208594-7895d23a573d4e8877f7e58a09650fb9-0c081cd272c88513.jpg" depicts an approximately five-year-old prepubescent boy kneeling on a bed naked. In the boy's

left hand is a butt plug. The boy's penis is visible, and the boy is presenting the sex toy to the person taking the photo.

11. The remaining files were similar in likeness and kind to those described above.

12. An analysis of the CyberTips indicates that on each occasion, Ferguson uploaded the CSAM files to his Google accounts using IP addresses associated to him or the places he likely visits in the Northern District of Ohio causing the media to be transported via the internet.

13. Prior to me receiving the CyberTip reports, the Ohio Internet Crimes Against Children Task Force served a grand jury subpoena on IP address 74.141.58.87 for login information on April 29, 2026, at 20:58:38UTC, an IP address used on the date and time by Ferguson when logged in to his verified Google account bobXXXX5u@gmail.com (partially redacted). The Ohio ICAC task force also served a grand jury subpoena for IP address 70.62.32.11 on July 12, 2026, at 20:00:39UTC an IP address used on the date and time that Ferguson uploaded one of the files of child pornography contained within the CyberTip report to his Google cloud account, bobXXXX5u@gmail.com (partially redacted).

14. On or about August 20, 2026, Charter Communications, the servicing provider of the IP addresses described in the above paragraph, responded that the first IP address, ending in 58.87 indicating that it was assigned to a religious ministry in Cleveland, Ohio. The second IP address, ending in 32.11, was assigned to Feguson's residential address in Akron, Ohio.

15. On or about August 21, 2026 I searched Ferguson's verified telephone number 330-720-XXXX (partially redacted), reported in all three Cybertip reports into FBI databases, commercially available databases, and open-source tools; the number belongs to Ferguson at his known residence in Akron, Ohio.

16. On or about August 21, 2026, I searched Ferguson's criminal history and indices in the FBI's case management system. In or about 2016, Ferguson was the subject of an FBI child pornography investigation where he was convicted and was sentenced to 10 years confinement for violating federal child pornography laws in the Northern District of Ohio[2]. Prior to that, in or about 2009 Ferguson was the subject of a different FBI child pornography investigation where he was found guilty and sentenced to 30 months for violating federal child pornography laws[3]. This case was also investigated by the FBI in the Northern District of Ohio.

17. At the time of both prior offenses, Ferguson resided in Youngstown, Ohio, the relevance of which is discussed further below.

18. On or about August 21, 2026, I served an administrative subpoena to Verizon wireless, the company that administers 330-720-XXXX (partially redacted), the verified number found on all three CyberTip reports.

19. On or about August 24, 2026, Verizon Wireless responded and indicated that 330-720-XXXX (partially redacted) is actually a TracFone number, a prepaid subsidiary of Verizon Wireless. I know based on my training and experience that TracFone does not verify the information provided by the users of their phones, and that they simply report whatever the user provides them. They indicated that 330-720-XXXX (partially redacted) is subscribed to:

**Activation Date:** 10/19/2025 at 1901 hours
**Account First Name:** Bryan
**Account Last Name:** Not Provided
**Account City:** Youngstown
**Account State:** Ohio
**Account Zip:** 44507

---

[2] 1:16cr68
[3] 4:09cr183

20. On or about August 31, 2026 I swore and executed a federal search warrant[4] on Ferguson's Google accounts noted in the Cyber Tip reports and discussed above

21. On or about August 31, 2026 Google responded that the productions were ready.

22. On or about September 1, 2026 and the days that followed I reviewed the Google search warrant production and noted the following items of investigative interest:

23. Ferguson's primary Google Account, bobXXXX5u@gmail.com (partially redacted) contained CSAM. Many of the login IP addresses resolve to where Ferguson lives in Akron, Ohio, or other locations within the Northern District of Ohio that Ferguson reasonably visited; for example, a religious mission in Cleveland. There were 79 images of child sexual abuse material, of which 60 were unique. There were also 162 images of child exploitation material which is described as material that is either "age difficult" or is exploitative in nature but may not rise to the level of a violation of Title 18 section 2256. The CSAM media was reviewed. For example, a color image titled, "2049618276-1m7kiwbfezx9e" depicts four prepubescent boys laying naked on their stomachs on a couch. The boys' buttocks are visible. The boys are all looking at a laptop computer. On the computer screen, two prepubescent boys are laying naked on their back while two other prepubescent boys are performing fellatio on the boy's laying down. Their erect penises are visible. This file was uploaded by Ferguson to bobXXXX5u@gmail.com (partially redacted) on or about Sun Jul 12, 2026, 20:10:27UTC. The IP address that this media file was uploaded from was 70.62.32.11, to Google. Of note, 70.62.32.11 is the same IP address described above resolving from Ferguson's residence.

24. Other representative samples of CSAM observed in the warrant production were: a color image titled, "Google-CT-250208594-fac7d666a3507_0ad2b8fa.jpg" depicts a prepubescent boy

[4] 26mj1141

approximately seven-years-old is laying naked on his back on a bed. An adult male hand is manually stimulating the boy's erect penis. The boy's penis and scrotum are both in the center of the frame of the image. The file has MD5 hash value: 395a6b16f85312a372ee7810c489496c.

25. A color image titled, "Google-CT-RPT-250208594-06cff33718e55_5d02a5c2,jpg" depicts an approximately two-year-old toddler boy naked with an erect penis kneeling before an approximately two-year-old toddler boy naked laying on his back with his legs spread; penis and scrotum exposed. The kneeling toddler's penis approximately one inch from the anus of the laying boy. The taker of the photo presumably staging the boys to simulate a sex act. The focal point of the image is the boys' genitals. The file has MD5 hash value: 1b52d63a0893c23ed5112a6fa1e6f449.

26. The remaining files were similar in likeness and kind to those described.

27. There were many digital artifacts of evidence contained within the Google search warrant return that attributed bobXXXX5u@gmail.com (partially redacted) to Ferguson. For example, on February 8, 2026, Ferguson added recovery telephone number 330-718-XXXX (partially redacted) to his Google account. Ferguson provided 330-718-XXXX (partially redacted) on his sex offender registration information when he registered in Summit County. Later, on July 1, 2026, Ferguson added 330-720-XXXX (partially redacted) as a recovery telephone number to his Google account. Ferguson used 330-720-XXXX (partially redacted) to create a CashApp account, the display name is “Bryan Ferguson”. The subscriber information for 330-720-XXXX (partially redacted) is documented above in paragraph 20. FBI research indicates that Ferguson also used bobXXXX5u@gmail.com (partially redacted) to create a Disney +/ Hulu account.

28. Additionally, my review of records provided by Google pursuant to a search warrant establish that the child pornography found in the Google account was uploaded to the bobXXXX5u@gmail.com account using a BLU B160V android device.

29. On September 28, 2026 FBI Agents executed a federal search warrant on Ferguson's residence. They found: a Motorola Smartphone, IMEI 356717856490593 in a nightstand inside of Ferguson's bedroom with an unknown passcode. Ferguson did not report that he possessed this phone to his probation officer.

30. Contemporaneous to the execution of the search warrant on Ferguson's residence, I served a federal search warrant on his person and interviewed Ferguson. I found a "Gab" phone on Ferguson's person. I know that Gab phones are supervised and controlled by probation officers and very limited Internet capability. He told me: that after he was released from prison he lived in a halfway house for approximately eight months. From there, he stayed at a men's shelter in Cleveland before moving to a group home for US Veterans. When he left the half-way house, he purchased a phone at a dollar store. With that phone, he made a Google account, which the name of he does not remember. He also used that phone to create a CashApp account in his name, "Bryan Ferguson". I believe that, based on my training and experience and on the analysis discussed in paragraphs 28 and 29, this is the 330-720-XXXX number above.

31. Ferguson told me that he had no other cell phone devices in his custody other than the supervised phone his probation officer knew about that was on his person discussed in Paragraph 31. I confronted Ferguson about the Motorola smartphone that was found in his room, inside his bedside table. Ferguson stated that he did not want to talk about that phone and would not provide the passcode. Using an authorized FBI digital forensic tool, I lawfully accessed the phone. I located numerous images of child

pornography in the gallery of the device. Once such representative sample is a color image depicting a prepubescent boy laying on his back with his legs spread grabbing his erect penis. The focus of the image is on the boy's crotch.

32. Ferguson was asked about the phone that Google provided that was used to upload child pornography. Ferguson denied ever looking at, transporting or possessing child pornography. Ferguson told me that he sold that phone he purchased from the Dollar Store to a friend for $20, but could not remember who it was.

33. The activity described above occurred in Summit County, and the adjoining counties, located in the Northern District of Ohio, Eastern Division.

**CONCLUSION**

34. Based on the above information, probable cause exists that Bryan Ferguson has violated 18 U.S.C. § 2252(a)(1) and 18 U.S.C. § 2252A(a)(5)(B).

FURTHER AFFIANT SAYETH NOT

Peter J. Mauro, Special Agent
Federal Bureau of Investigation
Akron, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 28th day of September, 2026.

AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE